# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

UNITED STATES OF AMERICA,

    Plaintiff,

v.

JEFFREY TALLEY, *et al.*,

    Defendants.

Case No. 2:09-CR-00355-KJD-LRL

**ORDER**

Before the Court is the United States' Motion to Dismiss the Claim of Transport Designs, Inc., Pursuant to Rule 12 (B)(6), Federal Rules of Civil Procedure (#153). The United States moved to dismiss the claim filed by Transport Designs, Inc., (hereinafter, "Transport Designs") in connection with an ancillary proceeding for forfeiture of a customized motor home as it relates to the above-captioned criminal case on June 15, 2011. Transport Designs has not filed any opposition. Local Rule 7-2(d) provides that failure to oppose a motion "constitute[s] a consent to granting of the motion."

Accordingly, **IT IS HEREBY ORDERED** that United States' Motion to Dismiss the Claim of Transport Designs, Inc., Pursuant to Rule 12 (B)(6), Federal Rules of Civil Procedure (#153) is **GRANTED**.

DATED this 2nd day of September 2011.

                                                          Kent J. Dawson
                                                          United States District Judge